ESTATE of Mae ELLIOTT, Mrs. J. E. Crabtree, a/k/a Mary Kathryn Crabtree, Executrix, et al., Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 72–1999.

United States Court of Appeals, Fifth Circuit.

March 21, 1973.

Joseph H. Staley, Jr., Peter A. Franklin, III, Dallas, Tex., for petitioners-appellants.

Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Gilbert E. Andrews, Attys., Tax Div., Dept. of Justice, Lee H. Henkel, Jr., Acting Chief Counsel, William D. Brackett, Daniel B. Rosenbaum, Attys., I. R. S., Washington, D. C., for respondent-appellee.

Before WISDOM, BELL and COLEMAN, Circuit Judges.

PER CURIAM:

This is an appeal by the taxpayer from a decision of the Tax Court. Estate of Mae Elliott, et al. v. Commissioner of Internal Revenue, 1971, 57 T.C. 152. Any doubt concerning the question presented was resolved adversely to appellants by the supervening Supreme Court decision in United States v. Chandler, 410 U.S. 257, 93 S.Ct. 880, 35 L.Ed.2d 247.

Affirmed.

UNITED STATES of America, Plaintiff-Appellee,

v.

Marion H. MacKENZIE et al., Defendants-Appellants.

No. 71–1925.

United States Court of Appeals, Ninth Circuit.

March 28, 1973.

Michael K. Halley (argued), Halley & Halley, Reno, Nev., John W. Diehl, Diehl & Recanzone, Fallon, Nev., for defendants-appellants.

David V. Seaman, Atty. (argued), Dept. of Justice, Washington, Patrick L. Gray III, Asst. Atty. Gen., Civil Div., Russell Chapin, Chief Gen., Claims Div., Bart M. Schouweiler, U. S. Atty., Reno, Nev., Walter H. Fleischer, Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Before KOELSCH and CARTER, Circuit Judges, and HARRIS,* District Judge.

PER CURIAM:

We adopt the opinion of the district court, reported in 322 F.Supp. 1058 (D.C. D.Nev.1971) as the opinion of this court, and affirm the judgment.

In our view, the only real issue on appeal consisted of the trial judge's determination that the disparity between the fair market value of the real property and the sale price, reflected in the government's successful bid, was not so great as to shock the conscience and require denial of confirmation of the foreclosure sale. Thus, the sole question was, did that determination constitute an abuse of discretion? As indicated by our decision affirming the judgment, we cannot say that the answer is "yes."

* Honorable George B. Harris, Senior Judge, United States District Court, San Francisco, California, sitting by designation.